# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**DONALD G. STACY,**                                   3:11-CV-00655-AC

                                                                  **JUDGMENT**

                      **Plaintiff,**

           **v.**

**CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY,**

                      **Defendant.**

        Based on the Court's Order (#37) issued September 11, 2013, the Court **AFFIRMS**

the Commissioner's final decision and **DISMISSES** this matter.

        Dated this 11th day of September, 2013.

                                        _ /s/ Anna J. Brownst _____
                                        ANNA J. BROWN
                                        United States District Judge

JUDGMENT