# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**DONALD G. STACY,**  3:11-CV-00655-AC

         **Plaintiff,**  JUDGMENT

    v.

**CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,**

         **Defendant.**

Based on the Court's Order (#37) issued September 11, 2013, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

Dated this 11th day of September, 2013.

         /s/ Anna J. Brownst
         ANNA J. BROWN
         United States District Judge

JUDGMENT